**49D12-1905-PL-020963**

Marion Superior Court, Civil Division 12

Filed: 5/23/2019 3:03 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. |

LANDMARK AT LOCKERBIE )
HOMEOWNERS ASSOCIATION, INC. )
                                               )
      Plaintiff, )
                                               )
v. )
                                               )
TRAVELERS CASUALTY INSURANCE )
COMPANY OF AMERICA )
                                             )
      Defendant. )

## COMPLAINT

Comes now Plaintiff, Landmark at Lockerbie Homeowners Association, Inc., by counsel, for its Complaint against Defendant Travelers Casualty Insurance Company of America and says:

1. Defendant insured Plaintiff under policy number 680-3A617615-17-42.

2. Defendant issued the Policy with an effective date of July 27, 2017 to July 27, 2018.

3. The Policy was a renewal of a similar policy that had an effective date of July 27, 2016 to July 27, 2017.

4. Within the last two years, Plaintiff sustained covered losses to covered property located in Marion County.

5. Plaintiff made a claim to Defendant under claim number DHR3795.

6. Plaintiff complied with all terms and conditions of the Policies.

7. Defendant breached one or both of the Policies by not fully compensating Plaintiff for the covered losses.

WHEREFORE, Plaintiff, Landmark at Lockerbie Homeowners Association, Inc., prays for judgment against Defendant, Travelers Casualty Insurance Company of America, in an amount which will fully, fairly and adequately compensate it for the covered losses sustained, for prejudgment interest, for costs of this action, and for all other damages recoverable under Indiana law.

Respectfully submitted,

/s/William D. Beyers
William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana 46077
Telephone: (317) 873-8396
Facsimile: (317) 873-2276
bbeyers@bbinlaw.com

Attorneys for Plaintiff

The following manner of service is hereby designated: **CERTIFIED MAIL**

/s/ William Beyers

---
William D. Beyers, #28466-49
Buchanan & Bruggenschmidt, P.C.
80 E. Cedar St.
Zionsville, IN 46077, Attorneys for Plaintiff