UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| LANDMARK AT LOCKERBIE HOMEOWNERS ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:19-cv-02677-JMS-DML |
| vs. | ) ) | |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) ) | |

## AMENDED COMPLAINT

Comes now Plaintiff, Landmark at Lockerbie Homeowners Association, Inc., by counsel, for its Amended Complaint against Defendant Travelers Casualty Insurance Company of America and says:

1. Defendant insured Plaintiff under policy number 680-3A617615-17-42.

2. A true and accurate policy is included as Exhibit 1.

3. Defendant issued the Policy with an effective date of July 27, 2017 to July 27, 2018.

4. The Policy was a renewal of a similar policy that had an effective date of July 27, 2016 to July 27, 2017.

5. Plaintiff sustained covered losses during one or both of the policy periods to covered property and also incurred extra expenses.

6. The subject losses were in Marion County, Indiana.

7. Plaintiff made a claim to Defendant under claim number DHR3795.

8. Plaintiff complied with all terms and conditions of the Policies.

## JURISDICTIONAL STATEMENT

9. Plaintiff is a citizen of the state of Indiana because it is incorporated in and has its principal place of business in the state of Indiana.

10. Defendant is a citizen of the state of Connecticut because it is incorporated in and has its principal place of business in that state.

11. Complete diversity exists between the parties because they are citizens of different states.

12. The damages sought exceed $75,000 exclusive of fees, interest, and costs.

## BREACH OF CONTRACT

13. Plaintiff reincorporates all prior allegations.

14. The subject policies were "All Risk" polices.

15. Under these "All Risk" policies, all losses are covered unless excluded or limited under the policy pursuant to paragraph 4 of the policy. (Exhibit 1, p. 54).

16. The subject losses were covered pursuant to the insuring agreement in the policy under Coverage A. (Exhibit 1, p. 52).

17. The subject losses were also covered pursuant to the Extra Expense coverage in the policy under paragraph 3 of the Business Income and Extra Expense Coverage. (Exhibit 1, p. 53).

18. The subject losses were not precluded by the collapse exclusion in paragraph (i). (Exhibit 1, p. 74).

19. The subject losses were not otherwise excluded under any other exclusion.

20. Defendant breached one or both of the Policies by not fully compensating Plaintiff for all covered losses pursuant to the loss payment provisions in the applicable Loss Payment sections of the policy. (Exhibit 1, p. 79, para. 4; p. 82, para. 5).

WHEREFORE, Plaintiff, Landmark at Lockerbie Homeowners Association, Inc., prays for judgment against Defendant, Travelers Casualty Insurance Company of America, in an amount which will fully, fairly and adequately compensate it for the covered losses sustained, for prejudgment interest, for costs of this action, and for all other damages recoverable under Indiana law.

Respectfully submitted,

/s/William D. Beyers
William D. Beyers, #28466-49
BUCHANAN & BRUGGENSCHMIDT, P.C.
80 E. Cedar St.
Zionsville, Indiana  46077
Telephone:  (317) 873-8396
Facsimile:  (317) 873-2276
bbeyers@bbinlaw.com

Attorneys for Plaintiff

## FEDERAL CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2019 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties of record by operation of the Court's electronic filing system. Parties may access the filing through the Court's system.

/s/William D. Beyers