UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LANDMARK AT LOCKERBIE HOMEOWNERS ASSOCIATION, INC., | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:19-cv-02677-JMS-DML |
| vs. | )<br>)<br>) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL**

Comes now Plaintiff, Landmark at Lockerbie Homeowners Association, Inc., by counsel, and comes Defendant, Travelers Casualty Insurance Company of America, by counsel, and stipulate and agree to the dismissal of all claims in this action, with prejudice, costs paid. Counsel for Defendant has given authority to Plaintiff's counsel to attach her electronic signature hereto.

BUCHANAN & BRUGGENSCHMIDT, P.C.    RILEY BENNETT EGLOFF LLP

/s/ William Beyers                 /s/ Laura Reed

William D. Beyers                  Laura S. Reed
No. 28466-49                       No. 11652-49
Attorney for Plaintiff,            Attorney for Defendant,
Landmark at Lockerbie Homeowners   Travelers Casualty Insurance Co. of America
Association, Inc.

80 E. Cedar Street                 500 N. Meridian Street, Suite 550
Zionsville, IN  46077              Indianapolis, IN  46204
**(317) 873-8396**                 **(317) 636-8000**
bbeyers@bbinlaw.com                lreed@rbelaw.com

{02072311- }