UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LANDMARK AT LOCKERBIE HOMEOWNERS ASSOCIATION, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) Case No. 1:19-cv-02677-JMS-DML |
| vs. | )<br>) |
| TRAVELERS CASUALTY INSURANCE COMPANY OF AMERICA, | )<br>)<br>) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Comes now Plaintiff, Landmark at Lockerbie Homeowners Association, Inc., by counsel, and comes Defendant, Travelers Casualty Insurance Company of America, by counsel, and stipulate and agree to the dismissal of all claims in the foregoing cause of action, with prejudice, costs paid, and the Court having examined said Stipulation and being duly advised in the premises now finds that said Stipulation is meritorious and should be granted [51].

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that this action is hereby dismissed, with prejudice, costs paid.

Date: 2/2/2021

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to all counsel of record via ECF.